IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CASSI WIGINGTON,

Defendant.

**8:26CR79**

**ORDER**

This matter is before the Court on defendant Cassi Wigington's Emergency Request for a Temporary Stay of Voluntary Surrender (Filing No. 29).

IT IS ORDERED:

1. Defendant Cassi Wigington's Emergency Request for a Temporary Stay of Voluntary Surrender (Filing No. 29) is granted in part;
2. Defendant shall report no earlier than Friday, November 20, 2026, to the institution designated by the U.S. Bureau of Prisons; and
3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 19th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge